UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARA KARAMANOUKIAN, | 2:22-cv-01677-KJN |
| Plaintiff, | ORDER |
| v. | |
| MIKALAH RAYMOND LIVIAKIS | |
| Defendant | |

Plaintiff alleged personal injury claims against defendant, sustained on a basketball court at a Sacramento country club.  (ECF No. 1.)  On September 22, 2022, defendant removed this diversity action to federal court.  (Id.)

This case was randomly assigned to participate in the court's automated case assignment plan pursuant to Appendix A of the Local Rules.  See Local Rules, Appendix A, subsection (m).  Upon consent of both parties, the undersigned will have jurisdiction over this case for all purposes, including dispositive matters.  Id.  On September 23, 2022, the parties were issued consent forms.  (See ECF No. 3-1 at 4.)  The court instructed the parties to use the consent forms to indicate whether they consent to magistrate jurisdiction or decline to consent to magistrate jurisdiction.  (See ECF No. 3-1.)

1

On October 6, 2022, the court issued an order to show cause instructing all parties to file their consent/decline forms within seven days. (ECF No. 8.) On November 4, 2022, defendant filed a motion for administrative relief because plaintiff had not filed the consent/decline form. (ECF No. 10.) The parties, represented by counsel, appeared for a hearing on defendant's motion on November 15, 2022. During the hearing, counsel for plaintiff, Terrence Swinson, indicated that plaintiff would consent to magistrate jurisdiction, and indicated that he would promptly file the consent/decline form.

To date, plaintiff has not submitted the consent/decline form. While the parties are under no obligation to consent, the parties must comply with the court's instructions to make an election and file the consent/decline form. See L.R. 110 (failure of counsel to comply with any order of the court may be grounds for imposition by the court of any and all sanctions).

The court will give plaintiff's counsel one final opportunity to file the consent/decline form. Plaintiff shall file the consent/decline form within seven days of this order. The form can be found on page 4 of ECF No. 3-1. It is also available at the court's website at https://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/.

If plaintiff fails to comply with this order, the court will determine appropriate measures under Local Rule 110.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that within seven days plaintiff shall file the consent/decline form with the court.

Dated: December 2, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE